UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL HAYNES,

Plaintiff,

v.                                    Case No. 3:12-cv-266-J-12MCR

U.C.I. LAW LIBRARY,
et al.,

Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system proceeding pro se, initiated this action by filing a Civil Rights Complaint (Doc. #1). On April 26, 1996, the President signed into law the Prison Litigation Reform Act, which amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The Court takes judicial notice of filings previously brought by Plaintiff Haynes in this Court that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) 3:06-cv-407-J-32TEM; (2) 3:06-cv-737-J-33MMH; and, (3) 3:07-cv-254-J-32TEM. Other qualifying dismissals include:

```
3:07-cv-274-J-25TEM
3:07-cv-292-J-25MCR
3:07-cv-300-J-25HTS
3:07-cv-301-J-32TEM
3:07-cv-302-J-32MCR
3:07-cv-303-J-25TEM
3:07-cv-304-J-33HTS
3:07-cv-305-J-25MCR
3:07-cv-306-J-32MCR
```

Because Plaintiff has had three or more prior qualifying dismissals and is not under imminent danger of serious physical injury, this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $350.00 filing fee.[1]

Therefore, it is now

**ORDERED AND ADJUDGED**:

1. This case is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

---

[1] This Court has dismissed Haynes' previously-filed cases pursuant to the three strikes provision of 28 U.S.C. § 1915(g). See Case Nos. 3:12-cv-251-J-32JRK; 3:12-cv-216-37JBT; 3:12-cv-215-J-34JBT; and 3:12-cv-213-J-12MCR.

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of March, 2012.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sc 3/12
c:
Michael Haynes